## ANONYMOUS.

### (November Term, 1863.)

ASSIGNMENT OF ADDITIONAL ERRORS may be allowed in the discretion of the court, but, after issue formed, it will not be allowed except upon good cause shown.

AFTER joinder in error, the plaintiff asked leave to make an additional assignment of errors.

Per CURIAM: The court has discretionary power to grant such an application, but it will not be exercised, after the issues are formed, upon mere motion; substantial reasons must be shown or the leave will not be given, if objection be made.

## CASEY *v.* HORTON, JR.

### (November Term, 1864.)

MOTIONS—*when they must be in writing.* After a joinder in error, if objection be made, a motion for leave to assign additional errors will not be entertained, except it be in writing.

Mr. LINEGAR, for the plaintiff in error, asked leave to assign additional errors upon the record.

Mr. HAYNIE, for the defendant, objected, saying that he had joined in error upon the errors already assigned.

Per CURIAM: There being an issue formed by the joinder in error, and objection being made, the application for leave to assign additional errors will not be entertained, except it be in writing.

But Mr. Haynie, to save time, waived his objection, and leave to assign the additional errors was granted.